# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>PATRICK WANAMAKER,<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:26-MJ-008<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of March 2020 through December 2025 in the city/county of Arlington in the Eastern District of Virginia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 2252(a)(2) | Receipt of child pornography |
| Title 18 U.S.C. § 2252(a)(4)(B) | Possession of and access with intent to view child pornography |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA
AUSA April Russo/SAUSA Alexandra Minghella
*Printed name and title*

*Complainant's signature*
Kathleen Callaway; Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: January 9, 2026

Digitally signed by Ivan Davis
Date: 2026.01.09 11:38:57 -05'00'
*Judge's signature*

City and state: Alexandria, Virginia

Honorable Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*