IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:26-MJ-008 |
| PATRICK WANAMAKER, | |
| *Defendant.* | |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Kathleen Callaway, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, hereby state as follows:

### BACKGROUND

1. I am a Special Agent with FBI, and I have been so employed since May 2019. I am currently assigned to the FBI Washington Field Office's Child Exploitation and Human Trafficking Task Force, in which I investigate crimes involving the sexual exploitation of children, including but not limited to child sexual abuse material and human trafficking. As a Special Agent with the FBI, I received training on investigative techniques related to crimes involving the sexual exploitation of children, including obtaining and analyzing digital records, analyzing stored digital media, undercover activities, and the application for and execution of search and arrest warrants. I have conducted and assisted in federal child exploitation investigations and participated in the execution of numerous search warrants in support of child exploitation investigations. Through my training and experience, as well as through conversations with various law enforcement personnel and computer forensic examiners, I have become familiar with the methods of operation used by people who commit offenses involving the sexual exploitation of children. In addition, I

1

am certified as a Digital Evidence Extraction Technician (DExT) within the FBI. As a DExT, I am trained and authorized to conduct forensic examinations of digital evidence. This work includes the preservation and analysis of various forms of digital media, including cellular devices, smartphones, and computers. Since approximately April 2019, I have preserved and examined numerous items of digital evidence, most of which were related to investigations involving crimes against children.

2. I have participated in investigations involving computer-related offenses and have executed search warrants, including those involving searches and seizures of computers, digital media, software, and electronically stored information. As part of my duties as a Special Agent, I investigate criminal child exploitation and child pornography violations (as defined in 18 U.S.C. § 2256), including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A, and crimes related to sex trafficking and other commercial sex offenses, in violation of 18 U.S.C. §§ 1591 and 1952.

3. As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States.

4. This affidavit is submitted in support of a criminal complaint and arrest warrant charging PATRICK WANAMAKER with 18 U.S.C. § 2252(a)(2) (receipt of child pornography) and 18 U.S.C. § 2252(a)(4)(B) (possession of and access with intent to view child pornography)

5. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers, witnesses, and/or agencies. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to law enforcement concerning this investigation.

Rather, I have set forth only the facts necessary to establish probable cause for the requested complaint.

## SUMMARY OF PROBABLE CAUSE

6. On October 1, 2025, a residential search warrant was executed at WANAMAKER's residence in the Eastern District of Virginia. WANAMAKER was present during the search warrant. Multiple items were seized pursuant to the warrant, including an Apple iPhone 15. The forensic examination of this device showed that it was owned by WANAMAKER and contained emails and other content associated with WANAMAKER. One of the email accounts used on the device was the Gmail account pwanamaker08@gmail.com. This email account was also discovered on another of the recovered cell phones, an iPhone 17 which also came back to WANAMAKER. In response to legal process, Google informed your affiant that the pwanamaker08@gmail.com account was deleted two weeks after the October 1, 2025, residential search warrant execution[1].

7. The iPhone 15 contained child pornography and child erotica files. For example, a still image located on the iPhone 15 depicts a minor, prepubescent female laying on her back. Another minor is pulling her pants down past her genitals and the minor's face is very close to the minor female's genitals. The minor female is using her hands to spread apart her genitals. This still image is titled by a string of numbers followed ".mp4" indicating the still image was taken from a video. This image originated from the Telegram application on the iPhone 15 and was saved in the photo data on the iPhone 15 with a creation date of August 11, 2023, and a last accessed date of August 18, 2024.

---

[1] The contents of this account were not lost because the FBI filed a preservation request prior to the deletion of the account. A federal search warrant was obtained, and the results of that search warrant remain pending.

8. On October 28, 2025, your affiant served legal process on Dropbox requesting information related to the pwanamaker08@gmail.com account. On October 31, 2025, Dropbox responded that the Dropbox user's full name is Patrick Wanamaker. The account was active as of at least October 31, 2025, and was created on April 22, 2021.

9. Your affiant obtained a federal search warrant for the contents of the account in December of 2025. Dropbox produced two files from the account, the first titled "Pack 2" and the latter titled "Stuff." I reviewed the contents of both folders, and they contained sexually explicit images that, based on my training and experience, appeared to depict teenage boys.

10. Review of emails associated with pwanamaker08@gmail.com discovered on the iPhone 15 revealed several emails containing Mega links. For example, on March 5, 2020, pwanamaker08@gmail.com emailed himself a Mega link. On March 9, 2020, the user emailed himself several other Mega links.

11. Additionally, located within the Apple Notes section of the iPhone 15 titled "For Quarantine" were three Mega links. This Apple Note was both created and last accessed on November 26, 2020. Another Apple Note contained a different Mega link that was both created and last accessed on April 20, 2021.

12. On January 7, 2026, your affiant obtained a federal search warrant for the content of the Mega links located on the devices. On that same date, your affiant executed the warrant and conducted a preliminary examination, observing that the Mega links contained numerous child pornography images and videos, including a video of a toddler being digitally and anally penetrated by an adult male. The review of the various devices seized at the residence, the DropBox, and the Mega link content is ongoing.

13. On December 24, 2025, Arlington County Police reached out indicating they had

additional information on WANAMAKER. Specifically, on or about December 21, 2025, a 20-year-old male reported that he had met up with WANAMAKER in December of 2025 (post residential search warrant execution and while this investigation was ongoing) and that, during this encounter, WANAMAKER had told him that he had previously sexually abused an infant child by performing oral sex on the child. I then interviewed the reporting party myself, and he confirmed that WANAMAKER made these statements to him.

14. WANAMAKER has a prior youthful offender adjudication in the state of New York for possession of an obscene sexual performance by a child in violation of New York Public Law §263.11.

## CONCLUSION

15. Based upon the above information, I respectfully submit there is probable cause to believe that WANAMAKER committed violations of 18 U.S.C. § 2252(a)(2) (receipt of child pornography) and 18 U.S.C. §§ 2252(a)(4)(B) (possession of child pornography) within the Eastern District of Virginia. I therefore respectfully request that the Court issue the attached complaint and arrest warrant for WANAMAKER.

Respectfully submitted,

Kathleen Callaway, Special Agent
Federal Bureau of Investigation

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1 by telephone on January 9, 2026:

Digitally signed by Ivan Davis
Date: 2026.01.09 11:37:37 -05'00'

The Honorable Ivan D. Davis
United States Magistrate Judge
Alexandria, Virginia

5