# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

**Place of Offense:** ☐ Under Seal

| | | |
|---|---|---|
| City: Arlington | Superseding Indictment: | **Judge Assigned:** Hon. Davis |
| County: Arlington | Same Defendant: | **Criminal No.** |
| | Magistrate Judge Case No.: 1:26-MJ-008 | New Defendant: |
| | Search Warrant Case No.: | **Arraignment Date:** |
| | | R. 20/R. 40 From: |

**Defendant Information:**

- **Defendant Name:** PATRICK WANAMAKER
- **Alias(es):**
- ☐ Juvenile
- **FBI No.:** XXXXXXXX
- **Address:** XXXXXXXXXXXXXXXXXXXXXXXXXXXX, Arlington, VA 22201
- **Employment:**
- **Birth Date:** XX/XX/1990
- **SSN:** XXX-XX-XXXX
- **Sex:** Male
- **Race:**
- **Nationality:** USA
- **Place of Birth:** | **Height:** | **Weight:** | **Hair:** | **Eyes:** | **Scars/Tattoos:**
- ☐ Interpreter  **Language/Dialect:**  **Auto Description:**

**Location/Status:**

- **Arrest Date:** | ☐ Already in Federal Custody as of: | in:
- ☐ Already in State Custody    ☐ On Pretrial Release    ☐ Not in Custody
- ☒ Arrest Warrant Requested    ☐ Fugitive    ☐ Summons Requested
- ☐ Arrest Warrant Pending    ☐ Detention Sought    ☐ Bond

**Defense Counsel Information:**

- **Name:**    ☐ Court Appointed    **Counsel Conflicts:**
- **Address:**    ☐ Retained
- **Phone:**    ☐ Public Defender    ☐ Federal Public Conflicted Out

**U.S. Attorney Information:**

- **AUSA(s):** SAUSA Alexandra Minghella    **Phone:** 703-XXX-XXXX    **Bar No.:**

**Complainant Agency - Address & Phone No. or Person & Title:**

Kathleen Callaway; Special Agent, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 2252(a)(2) | Receipt of child pornography | 1 | Felony |
| Set 2: | 18 U.S.C. § 2252(a)(4)(B) | Possession of and access with intent to view child pornography | 1 | Felony |

**Date:** 1/09/2026    **AUSA Signature:** *Alexandra Minghella*    *may be continued on reverse*