11908284

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| PATRICK WANAMAKER, | ) | Case No.   1:26-MJ-008 |
| | ) | |
| 2026 JAN 09 15:36 | ) | |
| IITED STATES MARSHAL | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    **PATRICK WANAMAKER**                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❐ Indictment ❐ Superseding Indictment ❐ Information ❐ Superseding Information ☑ Complaint
❐ Probation Violation Petition ❐ Supervised Release Violation Petition ❐ Violation Notice ❐ Order of the Court

This offense is briefly described as follows:

Receipt of child pornography

Possession of and access with intent to view child pornography

Date:    1/9/2026

Digitally signed by Ivan Davis
Date: 2026.01.09 11:40:37 -05'00'

*Issuing officer's signature*

City and state:    Alexandria, Virginia

Hon. Ivan D. Davis, United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  07/09/2026 , and the person was arrested on *(date)*  07/10/2026 at *(city and state)*  Alexandria, VA . |
| Date: 07/13/2026 |
| *Arresting officer's signature* |
| Kathleen Callaway    FBI SA |
| *Printed name and title* |