**Date:** 1/12/2026   **Case:** 1:26-mj-8
**Time in Court:** 7 minutes

**Judge:** William B. Porter
**Tape:** FTR / 400        **Court Reporter:** N/A
**Hearing:** Initial Appearance

Eastern District of Virginia
United States of America
v.
Patrick Wanamaker

**Participants**
**USA:** Alexandra Minghella
**Defense Counsel:** Ann Rigby on behalf of retained counsel - James Davis (not present)
**Court to appoint counsel:** ☐AFPD/ ☐CJA/ ☐Defendant to retain counsel      ☐Conflict
**Interpreter:**            **Language:**

**Advisement**
☒Rule 5        ☐Due Process Protections Act        ☐Rule 5 hearings waived

**Pretrial/Probation/Sup. Release violation(s)**
☐Deft informed of violation(s)            ☐Deft contests probable cause
☐Deft does not contest probable cause        ☐Court finds probable cause

**Revocation**
☐Probation revoked            ☐Pretrial conditions of release revoked
☐Sentencing (revocation)

**Detention Hearing/Preliminary Hearing**
☐DH held / ☐DH waived            ☐PH held / ☐PH waived
☐Def submits on probable cause        ☐Def not contesting probable cause
☐Govt adduced evidence and rests    ☐Court finds probable cause

**Detention**
☒Govt seeking detention            ☐Govt not seeking detention
☐Def counsel seeking release        ☐Def counsel not contesting/seeking release at this time
☒Deft remanded to the custody of the USMS

**Bond Status**
☐Deft released on PR bond: ☐with conditions
☐Deft continued on previously imposed conditions:
        ☐Pretrial / ☐Probation / ☐Supervised Release

**Future proceedings**
☐Matter continued for further proceedings before the Grand Jury
☒Next hearing: 1/13/2026/Detention & Preliminary Hearing/WBP - 400/2:00PM

**Notes:**