**Date:** 1/14/2026     **Case:** 1:26-mj-8
**Time in Court:** 50 minutes

**Judge:** William B. Porter
**Tape:** FTR / 400                    **Court Reporter:** N/A
**Hearing:** Detention & Preliminary Hearing

Eastern District of Virginia
United States of America
v.
Patrick Wanamaker

**Participants**
**USA**: Alexandra Minghella, April Russo
**Defense Counsel**: James Davis
**Court to appoint counsel**: ☐AFPD/ ☐CJA/ ☐Defendant to retain counsel          ☐Conflict
**Interpreter**:                              **Language**:

**Advisement**
☐Rule 5          ☐Due Process Protections Act          ☐Rule 5 hearings waived

**Pretrial/Probation/Sup. Release violation(s)**
☐Deft informed of violation(s)          ☐Deft contests probable cause
☐Deft does not contest probable cause          ☐Court finds probable cause

**Revocation**
☐Probation revoked          ☐Pretrial conditions of release revoked
☐Sentencing (revocation)

**Detention Hearing/Preliminary Hearing**
☐DH held / ☒DH waived          ☐PH held / ☒PH waived
☐Def submits on probable cause          ☐Def not contesting probable cause
☒Govt adduced evidence and rests          ☒Court finds probable cause

**Detention**
☒Govt seeking detention          ☐Govt not seeking detention
☐Def counsel seeking release          ☐Def counsel not contesting/seeking release at this time
☒Deft remanded to the custody of the USMS

**Bond Status**
☐Deft released on PR bond: ☐with conditions
☐Deft continued on previously imposed conditions:
          ☐Pretrial / ☐Probation / ☐Supervised Release

**Future proceedings**
☒Matter continued for further proceedings before the Grand Jury

**Notes**: